# Order

Michigan Supreme Court
Lansing, Michigan

October 24, 2018

157487 & (89)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

RAFAEL GONZALEZ,
        Plaintiff/Counterdefendant-
        Appellee,

and

KANDIS PURDIE and RICKY RAINES, JR.,
        Plaintiffs-Appellees,

v

FARM BUREAU GENERAL INSURANCE,
COMPANY OF MICHIGAN,
        Defendant/Counterplaintiff-
        Appellant,

and

CRYSTAL CHANTAL BURNS,
        Defendant.

SC: 157487
COA: 331956
Wayne CC: 15-000130-NI

_____/

      On order of the Court, the motion for leave to file supplemental authority is GRANTED. The application for leave to appeal the January 4, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2018



a1017

Clerk